1  Carter M. Zinn (State Bar No. 205034)
   LAW OFFICES CARTER M. ZINN
2  3450 Broderick Street, Suite 302
   San Francisco, California 94123
3  Telephone: (415) 292-4100
   Facsimile: (415) 292-4106
   E-mail: Carter@zinn-law.com

4
   John Phillips (Washington State Bar No. 12185)
5  Phillips Law Group, PLLC
   315 Fifth Avenue South, Suite 1000
6  Seattle, WA 98104-2682
   Phone: (206) 382-6163
7  Facsimile: (206) 382-6168
   e-mail: jphillips@jphillipslaw.com
8  (pro-hac vice application filed herewith)

   Ari Brown (Washington State Bar No. 29570)
9  Bergman & Frockt
   614 First Avenue, Fourth Floor
10 Seattle, WA 98104
   Telephone: (206) 957-9510
11 Facsimile: (206) 957-9549
   E-mail: ari@bergmanlegal.com
12 (pro hac vice application filed herewith)

13 Attorneys for Plaintiff LAURA THOMPSON

14
                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA

16
   LAURA THOMPSON, an individual, on behalf       CLASS ACTION
17 of herself and others similarly situated,
                                                  **DECLARATION OF LAURA**
18                          Plaintiff,,           **THOMPSON**

19        v.

20 HOMECOMINGS FINANCIAL LLC., a
   foreign corporation,
21
22                          Defendant.

23

DECLARATION OF LAURA THOMPSON

1

1

2      I, Laura Thompson, declare and state as follows:

3      1.      I am one of the named Plaintiffs in this case. I have personal knowledge of the
matters described in this declaration. I am over the age of eighteen and am competent to testify.

4      2.      In approximately November, 2006 I applied for a mortgage to be secured property

5      that serves as my primary residence located in San Francisco, California.

6      3.      I ultimately received a mortgage from Homecomings Financial LLC. The written

7      disclosures I received were provided to me at my place of business located in San Francisco,

8      California and I executed mortgage documents in January, 2007 in San Francisco, California.

9      4.      I have reviewed the complaint filed in this matter and the facts of which I have
personal knowledge are true and correct to the best of my knowledge.

10

11
       I declare under penalty of perjury under the laws of the State of California that the
12     foregoing is true and correct to the best of my knowledge.

13

14     DATED this 26th day of July, 2007, at San Francisco, California.

15

16                                              *(signature)* Laura Thompson

17

18

19

20

21

22

23

DECLARATION OF LAURA THOMPSON