Carter M. Zinn (State Bar No. 205034)
LAW OFFICES OF CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: carter@zinn-law.com

John W. Phillips (Washington State Bar No. 12185)
E-mail: jphillips@jphillipslaw.com
Matthew Geyman (Washington State Bar No. 17544)
E-mail: mgeyman@phillipslaw.com
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 382-6163
Facsimile: (206) 382-6168
 (pro hac vice applications filed herewith)

Ari Brown (Washington State Bar No. 29570)
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
E-mail: ari@bergmanlegal.com
(pro hac vice application filed herewith)

Attorneys for Plaintiff LAURA THOMPSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br>  v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation,<br><br>                    Defendant. | CLASS ACTION<br><br>**REQUEST FOR JURY TRIAL** |

1     Plaintiff in the above- entited action hereby requests that the above-captioned matter be tried before a jury.

Dated: August 6, 2007                          By:

LAW OFFICES OF CARTER M. ZINN

Carter M. Zinn

PHILLIPS LAW GROUP, PLLC

By:                 /S/

John W. Phillips (pro hac vice application pending)
Matthew Geyman (pro hac vice application pending)

BERGMAN & FROCKT

By:                 /S/

Ari Y. Brown (pro hac vice application pending)

Attorneys for Plaintiff