Carter M. Zinn (State Bar No. 205034)
LAW OFFICES OF CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California  94123
Telephone:  (415) 292-4100
Facsimile:  (415) 292-4106
E-mail:  carter@zinn-law.com

John W. Phillips (Washington State Bar No. 12185)
E-mail:  jphillips@jphillipslaw.com
Matthew Geyman (Washington State Bar No. 17544)
E-mail:  mgeyman@phillipslaw.com
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Telephone:  (206) 382-6163
Facsimile:  (206) 382-6168
 (pro hac vice applications filed herewith)

Ari Brown (Washington State Bar No. 29570)
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA  98104
Telephone:  (206) 957-9510
Facsimile:  (206) 957-9549
E-mail:  ari@bergmanlegal.com
(pro hac vice application filed herewith)

Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>                          Plaintiff,,<br><br>v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation,<br><br>                          Defendant. | CLASS ACTION<br><br>**DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES** |

1

2     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

3 associations of persons, firms, partnerships, corporations (including parent corporations) or other

4 entities (i) have a financial interest in the subject matter in controversy or in a party to the

5 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

6 substantially affected by the outcome of this proceeding:

7 1. The following companies own, share common ownership with, or are otherwise affiliated

8    with the Defendant:

9         Residential Capital LLC; Residential Capital Corporation; GMAC Residential

10         Holding corp.; GMAC-RFC Holding Corporation; GMAC LLC;  GMAC

11         Mortgage Group, LLC;  GMAC Mortgage Corporation; Residential Funding

12         Corporation.

13    Plaintiff does not currently know the precise ownership interests between the

14    Defendant and each of the above entities or the extent to which defendant was

15    controlled by any of the above.  Any company that had knowledge of Defendant's

16    wrongful acts in the course of originating a mortgage and held sufficient

17    ownership of the Defendant, may be liable for damages in this action.

18 ////

19 ////

20 ////

21 ////

22 ////

23 ////

DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

2

2. Mortgage brokers and brokerage companies who brokered loans to Homecomings Financial LLC may have indemnified the Defendant against liability it incurred as a result of loans it brokered to potential class members.

Dated: August 6, 2007                    By:

LAW OFFICES OF CARTER M. ZINN

Carter M. Zinn

PHILLIPS LAW GROUP, PLLC

By:                    /S/

John W. Phillips (pro hac vice application pending)
Matthew Geyman (pro hac vice application pending)

BERGMAN & FROCKT

By:                    /S/

Ari Y. Brown (pro hac vice application pending)

Attorneys for Plaintiff

DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

3