FILED
AUG - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Carter M. Zinn (State Bar No. 205034)
   LAW OFFICES OF CARTER M. ZINN
2  3450 Broderick Street, Suite 302
   San Francisco, California 94123
   Telephone: (415) 292-4100
3  Facsimile: (415) 292-4106
   E-mail: carter@zinn-law.com

4  John W. Phillips (Washington State Bar No. 12185)
   E-mail: jphillips@jphillipslaw.com
5  Matthew Geyman (Washington State Bar No. 17544)
   E-mail: mgeyman@phillipslaw.com
6  PHILLIPS LAW GROUP, PLLC
   315 Fifth Avenue South, Suite 1000
7  Seattle, WA 98104
   Telephone: (206) 382-6163
8  Facsimile: (206) 382-6168
   (pro hac vice applications filed herewith)
9
   Ari Brown (Washington State Bar No. 29570)
10 BERGMAN & FROCKT
   614 First Avenue, Fourth Floor
11 Seattle, WA 98104
   Telephone: (206) 957-9510
12 Facsimile: (206) 957-9549
   E-mail: ari@bergmanlegal.com
13 (pro hac vice application filed herewith)

14 Attorneys for Plaintiff LAURA THOMPSON

15                UNITED STATES DISTRICT COURT                    WDB
16               NORTHERN DISTRICT OF CALIFORNIA
                                                        C 07 4046
17 LAURA THOMPSON, an individual, on behalf   CLASS ACTION
18 of herself and others similarly situated,
                                               NOTICE OF APPLICATION AND
19                              Plaintiff,     APPLICATION FOR *PRO HAC VICE*
      v.                                       ADMISSION OF JOHN W.
20                                             PHILLIPS, MATTHEWE GEYMAN,
   HOMECOMINGS FINANCIAL LLC., a               AND ARI BROWN; MEMORANDUM
21 foreign corporation,                        OF POINTS AND AUTHORITIES IN
                                               SUPPORT THEREOF
22
                               Defendant.
23
                                                        BY FAX

NOTICE OF APPLICATION AND APPLICATION FOR PRO HAC VICE ADMISSION
1

1  TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS:

2  PLEASE TAKE NOTICE that Plaintiff LAURA THOMPSON does hereby respectfully move this court for the *pro hac vice* admission of Washington State licensed attorneys John W. Phillips, Matthew Geyman, and Ari Brown.

This motion is brought pursuant to Civil Local Rule 11-3, and is based upon the accompanying memorandum of points and authorities, and the declarations of John W. Phillips, Matthew Geyman, and Ari Brown filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff LAURA THOMPSON hereby seeks the *pro hac vice* admission of John W. Phillips, Matthew Geyman, and Ari Brown pursuant to Civil Local Rule 11-3. As set forth in Civil Local Rule 11-3, an application for *pro hac vice* admission must state:

(1) that the attorney is an active member in good standing of the bar of a United States Court or of the highest court of another state or the District of Columbia, specifying such bar;

(2) that the attorney agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court;

(3) that an attorney, identified by name, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel.

The accompanying declarations of John W. Phillips, Matthew Geyman, and Ari Brown each fulfill all of these requirements.

Accordingly, Plaintiff LAURA THOMPSON respectfully requests that the Court grant

////

NOTICE OF APPLICATION AND APPLICATION FOR PRO HAC VICE ADMISSION

1 | this application for the *pro hac vice* admission of John W. Phillips, Matthew Geyman, and Ari
2 | Brown.

3 | Dated: August 6, 2007          By:

         /s/ Carter Zinn

         Carter M. Zinn
         LAW OFFICES OF CARTER M. ZINN
         Attorneys for Plaintiffs

NOTICE OF APPLICATION AND APPLICATION FOR PRO HAC VICE ADMISSION

3

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611089194
Cashier ID: sprinka
Transaction Date: 08/08/2007
Payer Name: one legal inc
----------------------------------------
PRO HAC VICE
 For: one legal inc
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: one legal inc
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: one legal inc
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 3106496
 Amt Tendered: $630.00
----------------------------------------
Total Due:       $630.00
Total Tendered: $630.00
Change Amt:        $0.00

074046wdb for 3 attys


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```