Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John W. Phillips (Washington State Bar No. 12185)
Matthew Geyman (Washington State Bar No. 17544)
PHILLIPS LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 382-6163
Facsimile: (206) 382-6168
E-mail: jphillips@jphillipslaw.com
  mgeyman@jphillipslaw.com
(pro-hac vice application filed herewith)

Ari Brown (Washington State Bar No. 29570)
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
E-mail: ari@bergmanlegal.com
(pro hac vice application filed herewith)

Attorneys for Plaintiff LAURA THOMPSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation<br><br>Defendants. | CLASS ACTION<br><br>**DECLARATION OF JOHN W. PHILLIPS IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, John W. Phillips, declare as follows:

DECLARATION OF JOHN W. PHILLIPS RE PRO HAC VICE APPLICATION

- 1 -

1. I am an attorney with the law firm of Phillips Law Group, PLLC. My office telephone number is (206) 382-6163, my office facsimile number is (206) 382-6168, and my e-mail address is jphillips@jphillipslaw.com. My firm has been retained to act as counsel for plaintiff LAURA THOMPSON.

2. I am admitted to practice before the Washington State Supreme Court (1981); United States District Court for the Western District of Washington (1982); the Ninth Circuit Court of Appeals (1984); and the United States Supreme Court (2002).

3. I am a member in good standing before these courts.

4. I am not currently suspended or disbarred in any court.

5. The name, address, and telephone number of the active member of the State Bar of California and the Northern District of California, who is co-counsel and attorney of record is Carter M. Zinn, State Bar Number 205034, Law Offices of Carter M. Zinn, 3450 Broderick St., Ste. 302, San Francisco, CA 94123, and he maintains offices in the State of California.

6. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and I am familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____ day of August, 2007 at Seattle, Washington.

_____
John W. Phillips

DECLARATION OF JOHN W. PHILLIPS RE PRO HAC VICE APPLICATION