1  Carter M. Zinn (State Bar No. 205034)
2  LAW OFFICES CARTER M. ZINN
   3450 Broderick Street, Suite 302
3  San Francisco, California 94123
   Telephone: (415) 292-4100
4  Facsimile: (415) 292-4106
   E-mail: Carter@zinn-law.com
5
   John W. Phillips (Washington State Bar No. 12185)
6  Matthew Geyman (Washington State Bar No. 17544)
   PHILLIPS LAW GROUP, PLLC
7  315 Fifth Avenue South, Suite 1000
   Seattle, WA 98104
8  Telephone: (206) 382-6163
   Facsimile: (206) 382-6168
9  E-mail: jphillips@jphillipslaw.com
     mgeyman@jphillipslaw.com
10 (pro-hac vice application filed herewith)

11 Ari Brown (Washington State Bar No. 29570)
   BERGMAN & FROCKT
12 614 First Avenue, Fourth Floor
   Seattle, WA 98104
13 Telephone: (206) 957-9510
   Facsimile: (206) 957-9549
14 E-mail: ari@bergmanlegal.com
   (pro hac vice application filed herewith)

15 Attorneys for Plaintiff LAURA THOMPSON

16         UNITED STATES DISTRICT COURT
17         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation<br><br>Defendants. | CLASS ACTION<br><br>**DECLARATION OF MATTHEW GEYMAN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, Matthew Geyman, declare as follows:

DECLARATION OF MATTHEW GEYMAN RE PRO HAC VICE APPLICATION

- 1 -

1.I am an attorney with the law firm of Phillips Law Group, PLLC. My office telephone number is (206) 382-1168, my office facsimile number is (206) 382-6168, and my e-mail address is mgeyman@jphillipslaw.com. My firm has been retained to act as counsel for plaintiff LAURA THOMPSON.

2.I am admitted to practice before the Washington State Supreme Court (1987); United States District Court for the Western District of Washington (1989); United States District Court for the Eastern District of Washington (1993); the Ninth Circuit Court of Appeals (1990); and the United States Supreme Court (1992).

3.I am a member in good standing before these courts.

4.I am not currently suspended or disbarred in any court.

5.The name, address, and telephone number of the active member of the State Bar of California and the Northern District of California, who is co-counsel and attorney of record is Carter M. Zinn, State Bar Number 205034, Law Offices of Carter M. Zinn, 3450 Broderick St., Ste. 302, San Francisco, CA 94123, and he maintains offices in the State of California.

6.I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and I am familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of August, 2007 at Seattle, Washington.

_____
Matthew Geyman

DECLARATION OF MATTHEW GEYMAN RE PRO HAC VICE APPLICATION