```
 1  Carter M. Zinn (State Bar No. 205034)
    LAW OFFICES CARTER M. ZINN
 2  3450 Broderick Street, Suite 302
    San Francisco, California 94123
 3  Telephone: (415) 292-4100
    Facsimile: (415) 292-4106
 4  E-mail: Carter@zinn-law.com

 5  John Phillips (Washington State Bar No. 12185)
    Matthew Geyman (Washington State Bar No. 17544)
 6  PHILLIPS LAW GROUP, PLLC
    315 Fifth Avenue South, Suite 1000
 7  Seattle, WA 98104
    Telephone: (206) 382-6163
 8  Facsimile: (206) 382-6168
    E-mail: jphillips@jphillipslaw.com
 9  (pro-hac vice application filed herewith)

10  Ari Brown (Washington State Bar No. 29570)
    BERGMAN & FROCKT
11  614 First Avenue, Fourth Floor
    Seattle, WA 98104
12  Telephone: (206) 957-9510
    Facsimile: (206) 957-9549
13  E-mail: ari@bergmanlegal.com
    (pro hac vice application filed herewith)
14
    Attorneys for Plaintiffs CHRISTOPHE KUBIAK and SEBASTIAN SANGES
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>　　　　　　　　　Plaintiff,,<br><br>v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation,<br><br>　　　　　　　　　Defendant. | CLASS ACTION<br><br>DECLARATION OF ARI BROWN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION |

I, Ari Brown, declare as follows:

DECLARATION OF ARI BROWN RE PRO HAC VICE APPLICATION

- 1 -

1. I am an attorney with the law firm of Bergman & Frockt. My office telephone number is (206) 957-9510, my office facsimile number is (206) 957-9549, and my e-mail address is ari@bergmanlegal.com. My firm has been retained to act as counsel for plaintiff LAURA THOMPSON.

2. I am admitted to practice before the Washington State Supreme Court (1999); United States District Court for the Western District of Washington (2000); United States District Court for the Eastern District of Washington (2000); and the Ninth Circuit Court of Appeals (2001).

3. I am a member in good standing before these courts.

4. I am not currently suspended or disbarred in any court.

5. The names, addresses, and telephone numbers of the active members of the State Bar of California and the Northern District of California, who is co-counsel and attorney of record is Carter M. Zinn, State Bar Number 205034, Law Offices of Carter M. Zinn, 3450 Broderick St., Ste. 302, San Francisco, CA 94123, and he maintains offices in the State of California.

6. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and I am familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of July, 2007 at Seattle, Washington.

_____
Ari Brown

DECLARATION OF ARI BROWN RE PRO HAC VICE APPLICATION