| | |
|---|---|
| 1 | Carter M. Zinn (State Bar No. 205034) |
| | LAW OFFICES CARTER M. ZINN |
| 2 | 3450 Broderick Street, Suite 302 |
| | San Francisco, California 94123 |
| 3 | Telephone: (415) 292-4100 |
| | Facsimile: (415) 292-4106 |
| 4 | E-mail: Carter@zinn-law.com |

RECEIVED
AUG 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff LAURA THOMPSON

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

LAURA THOMPSON, an individual, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

HOMECOMINGS FINANCIAL LLC, a foreign corporation,

    Defendant.

Case No. C-07-4046

CLASS ACTION

[PROPOSED] ORDER RE APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN W. PHILLIPS, MATTHEW GEYMAN, AND ARI BROWN

    John. W. Phillips is an active member in good standing of the bar of Washington, whose business address, telephone number, and Washington State Bar Number are: Phillips Law Group, 315 Fifth Avenue South, Suite 1000, Seattle, WA 98104; (206) 382-6163; Washington State Bar No. 12185.

    Matthew Geyman is an active member in good standing of the bar of Washington, whose business address, telephone number and Washington State Bar Number are: Phillips Law Group,

1  315 Fifth Avenue South, Suite 1000, Seattle, WA 98104; (206) 382-6163; Washington State Bar
2  No. 17544.
3      Ari Brown is an active member in good standing of the bar of Washington, whose
4  business address, telephone number and Washington State Bar Number are: Bergman & Frockt,
5  614 First Avenue, Fourth Floor, Seattle, WA 98104; (206) 957-9510; WA State Bar Number
6  29570.
7      It being evident to the Court that John W. Phillips, Matthew Geyman, and Ari Brown
8  each meet the requirements for admission *pro hac vice* as set forth in Local Rules of the United
9  States District Court for the Northern District of California, Rule 11-3, and that each is in good
10 standing and eligible to practice in all courts to which admitted,
11     IT IS HEREBY ORDERED THAT the application for *pro hac vice* admission for John
12 W. Phillips, Matthew Geyman, and Ari Brown is granted at to each applicant, subject to the
13 terms and conditions of Civil L.R. 11-3. All papers filed by such attorneys must indicate
14 appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed
15 in the application will constitute notice to that party. All future filings in this action are subject
16 to the requirements contained in General Order No. 45, *Electronic Case Filing*.
17     Plaintiff LAURA THOMPSON's Application for *Pro Hac Vice* Admission of attorneys
18 John W. Phillips, Matthew Geyman, and Ari Brown is GRANTED as to each said applicant.

Dated: 8/23/07

_____
Magistrate Judge of the United States District Court

[PROPOSED] ORDER RE APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN W. PHILLIPS,
MATTHEW GEYMAN, AND ARI BROWN