1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  HOMECOMINGS FINANCIAL LLC

9

10                        UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

12 | LAURA THOMPSON, an individual, on behalf of herself and others similarly situated, | Case No.: C 07-4046 WDB
13 | | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
14 | Plaintiff, |
15 | vs. | Dept.:          4
16 | HOMECOMINGS FINANCIAL LLC, a foreign corporation, | Judge:         Hon. Wayne D. Brazil
   | | Complaint Date: August 7, 2007
   | | Trial Date:     Not Set
17 | Defendant. |

18
19
20
21
22
23
24
25
26
27
28

07955/0024/641555.1

Plaintiff Laura Thompson and Defendant Homecomings Financial, through their respective undersigned counsel of record, hereby stipulate and agree as follows:

The date by which Homecomings Financial must answer or otherwise respond to the initial complaint in the above-captioned matter shall be extended by 30 days to October 18, 2007.

DATED: September 17, 2007

SEVERSON & WERSON
A Professional Corporation

By: _____/S/_____
Sunny S. Huo

Attorneys for Defendant
HOMECOMINGS FINANCIAL LLC

DATED: September 14, 2007

PHILLIPS LAW GROUP, PLLC

By: _____/S/_____
John W. Phillips

Attorneys for Plaintiff
Laura Thompson

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -