MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
HOMECOMINGS FINANCIAL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> HOMECOMINGS FINANCIAL LLC, a foreign corporation,, <br><br> Debtors. | Case No.:  C 07-4046 WDB <br><br> **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE WAYNE D. BRAZIL** <br><br> Hearing Date:    November 28, 2007 <br> Time:               1:30 p.m. <br> Dept.:               4 <br> Judge:              Hon. Wayne D. Brazil <br> Complaint Date: August 7, 2007 <br> Trial Date:        Not Set |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant

Homecomings Financial, LLC ("Homecomings") hereby voluntarily consents to have a United

States Magistrate Judge conduct any and all further proceedings in the case, including trial, and

order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the

United States Court of Appeals for the Ninth Circuit.

1  DATED:  October 18, 2007                    Respectfully submitted,

2                                              SEVERSON & WERSON
                                               A Professional Corporation
3

4
                                               By: _____/S/_____
5                                                            Sunny S. Huo

6                                              Attorneys for Defendant
                                               HOMECOMINGS FINANCIAL, LLC
7

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this efiled document.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -