| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | mjk@severson.com |
| 2 | JOHN B. SULLIVAN (State Bar No. 96742) |
| | jbs@severson.com |
| 3 | SUNNY S. HUO (State Bar No. 181071) |
| | ssh@severson.com |
| 4 | SEVERSON & WERSON |
| | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 6 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 7 | Attorneys for Defendant |
| | Homecomings Financial, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| LAURA THOMPSON, etc., | Case No.:  C 07 4046 WDB |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1.** |
| vs. | |
| HOMECOMINGS FINANCIAL, LLC, | |
| Defendants. | Hearing Date:   November 28, 2007 |
| | Time:           1:30 p.m. |
| | Courtroom:      4 |
| | Judge:          Wayne D. Brazil |
| | Complaint Date: August 7, 2007 |
| | Trial Date:     Not Set |

Pursuant to Civil L.R. 3-16, Defendant, HOMECOMINGS FINANCIAL, LLC ("Homecomings") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have either: (a) a financial interest in the subject matter in controversy or in a party to the proceeding, or (b) any other kind of interest that could be substantially affected by the outcome of the proceeding:

- 1 -

A. Residential Funding Company, LLC is the parent of Homecomings Financial, LLC.

B. GMAC-RFC Holding Company, LLC is the parent of Residential Funding Company, LLC.

C. Residential Capital, LLC is the parent of GMAC-RFC Holding Company, LLC.

D. GMAC Mortgage Group, LLC is the parent of Residential Capital, LLC.

E. GMAC, LLC is the parent of GMAC Mortgage Group, LLC.

F. GMAC Mortgage Group, LLC is the parent of Residential Capital, LLC.

G. FIM Holdings LLC owns 51% of GMAC, LLC and GMAC Finance Co. Holdings LLC owns the remaining 49% of GMAC, LLC.

H. GM Finance Co. Holdings LLC is owned by General Motors Corporation.

I. General Motors Corporation is a publicly traded company listed in the NY Stock Exchange as GM.

Furthermore, pursuant to Fed. R. Civ. P. 7.1, Homecomings, as a corporate party, certifies that the following listed companies are either parent corporations or publicly held corporations that owns 10% or more of its stock:

A. Homecomings is a wholly owned subsidiary of Residential Funding Company, LLC. General Motors Corporation is a publicly traded corporation that indirectly owns 10% or more of Homecomings stock through ownership of stock in one or more subsidiary companies.

DATED: October 18, 2007                     Respectfully submitted,
                                            SEVERSON & WERSON
                                            A Professional Corporation


                                            By: _____/S/_____
                                                        Sunny S. Huo

                                            Attorneys for Defendants
                                            HOMECOMINGS FINANCIAL, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 2 -

07955/0024/645718.1                                                    Disclosure Of Interested Parties
                                                                        Case No. C 07-4046 WDB