UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HOMECOMINGS FINANCIALS, LLC,<br><br>Defendant.<br>_____/ | No. C 07-4046 WDB<br><br>CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and ordering the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                                                                Signature
                                                                  Counsel for [PLAINTIFFS]

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 19, 2007        _____
                                                            Signature
                                                Counsel for [PLAINTIFFS]

1