UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA THOMPSON, et al.

      Plaintiffs,

  v.

HOMECOMING FINANCIALS, LLC,

      Defendants.
_____/

No. C 07-4046 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for November 13, 2007, at 4:00 p.m. is vacated. The hearing on Defendants' Motion to Dismiss set for November 28, 2007, also is vacated.

Dated: October 22, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
    Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd