Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

Ari Brown (Washington State Bar No. 29570)
BERGMAN & FROCKT
614 First Avenue, Fourth Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
E-mail: ari@bergmanlegal.com

Attorneys for Plaintiff LAURA THOMPSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated, <br><br> Plaintiff,, <br><br> v. <br><br> HOMECOMINGS FINANCIAL LLC., a foreign corporation, <br><br> Defendant. | CLASS ACTION <br><br> **DECLARATION OF SERVICE** |

I certify under penalty of perjury under the laws of the State of Washington that on November 1, 2007 I caused to be delivered via ECF a true and correct copy of: **Stipulation and Agreed Order for Leave to Amend** to all counsel and parties of record

DATED this 1st day of November, 2007.

   //s_____
  Ari Brown