1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  Homecomings Financial, LLC

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  LAURA THOMPSON, etc.,            Case No.:  C 07 4046 PJH

14          Plaintiff,                **HOMECOMINGS FINANCIAL'S
                                      NOTICE OF WITHDRAWAL OF
15      vs.                           MOTION TO DISMISS AND STRIKE
                                      PORTIONS OF COMPLAINT AND
16  HOMECOMINGS FINANCIAL, LLC,       SUPPORTING MEMORANDUM**

17          Defendants.               Hearing Date:   November 28, 2007
                                      Time:           1:30 p.m.
18                                    Courtroom:      3
                                      Judge:          Phyllis J. Hamilton
19                                    Complaint Date: August 7, 2007
                                      Trial Date:     Not Set
20

21

22

23

24

25

26

27

28

---

07955/0024/647528.1         Notice of Withdrawal of Motion to Dismiss and Strike Portions of Complaint
                                                                        Case No.:  C 07 4046 PJH

1 | PLEASE TAKE NOTICE that based upon the filing of Plaintiff's First Amended Complaint, Defendant Homecomings Financial hereby withdraws its Motion to Dismiss And Strike Portions Of Complaint And Supporting Memorandum currently set for November 28, 2007.

DATED:  November 2, 2007

SEVERSON & WERSON
A Professional Corporation


By:  _____/S/_____
           Sunny S. Huo

Attorneys for Defendant
Homecomings Financial, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.