Hon. Phyllis J. Hamilton

Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John Phillips (Washington State Bar No. 12185)
Phillips Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 382-6163
Facsimile: (206) 382-6168
e-mail: jphillips@jphillipslaw.com

Ari Brown (Washington State Bar No. 29570)
Law Office of Ari Brown
1001 Fourth Avenue, Suite 3600
Seattle, WA 98154
Telephone: (206) 623-5890
Facsimile: (206) 623-0965
E-mail: ari@abrownlegal.com

Attorneys for Plaintiff Laura Thompson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,,<br><br>v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation,<br><br>Defendant. | CLASS ACTION<br><br>**STIPULATION AND AGREED ORDER FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date:  November 1, 2007<br>Judge:  Phyllis J. Hamilton<br>Complaint Date: August 7, 2007<br>Trial Date:  Not Set |

STIPULATION AND AGREED ORDER TO FILE AMENDED COMPLAINT

1

STIPULATION

THIS STIPULATION is entered into by and between Plaintiff Laura Thompson and Defendant Homecomings Financial LLC (Homecomings), by and through their respective counsel of record. Plaintiff and defendant agree that Plaintiff may, subject to the Court's agreement, should be granted leave to file and serve their First Amended Complaint for Damages and Injunctive Relief reflecting these changes. Accordingly, the parties agree to the entry of the attached Agreed Order.

AGREED ORDER

THIS MATTER, having come on before the undersigned judge of the above-entitled court, the Court having considered the stipulation of the parties above, the records and files herein, and the court being fully advised on this matter; now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED the Plaintiff is granted leave to file and serve her First Amended Complaint which shall relate back to the original complaint for statute of limitations purposes.

EXECUTED ~~DONE IN OPEN COURT~~ this 13th day of November, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Presented By:

LAW OFFICES OF CARTER M. ZINN

Carter M. Zinn

STIPULATION AND AGREED ORDER TO FILE AMENDED COMPLAINT

2

PHILLIPS LAW GROUP, PLLC

By: _____//s_____
John W. Phillips

LAW OFFICE OF Ari BROWN

By: _____//s_____
Ari Y. Brown

Attorneys for Plaintiffs

Approved as to Form;
Approved for Entry

SEVERSON & WERSON

By: \_\_\_\_\_//s_____
Sunny S. Huo
Attorneys for Defendant