1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  HOMECOMINGS FINANCIAL LLC

9                UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

11

12  | LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,, | Case No.:  C 07-4046 PJH |
    |---|---|

13                                      **STIPULATION AND [PROPOSED]**
                  Plaintiff,           **ORDER TO EXTEND RESPONSE**
14                                      **DATE AND SET BRIEFING**
            vs.                        **SCHEDULE FOR DEFENDANT'S**
15                                      **MOTION TO DISMISS**
    HOMECOMINGS FINANCIAL LLC, a
16  foreign corporation,,              Dept.:         3
                                       Judge:         Hon. Phyllis J. Hamilton
17            Debtors.                 Complaint Date: August 7, 2007
                                       Trial Date:    Not Set
18

19

20          Pursuant to Local Rules 6-1(a), 6-1(b), and 7-12, the parties, by and through their

21  respective counsel, hereby stipulate to the following deadline for Defendant Homecomings

22  Financial to file its responsive motion to plaintiff's First Amended Complaint and to the

23  following briefing schedule with respect to said motion:

24          1.    Defendant to file Motion to Strike and Dismiss:    November 16, 2007

25          2.    Plaintiff to file Opposition to motion:            December 12, 2007

26          3.    Defendant to file Reply in support of motion:      December 19, 2007

27          4.    Hearing date requested for motion:                 January 9, 2008

28

- 1 -

1    The above stipulated changes to the briefing schedule do not shorten any one party's time

2   period to file as provided under the Federal Rules of Civil Procedure.  The parties' respective

3   counsel met and conferred to stipulate to the above schedule to insure that filing dates would not

4   interfere with the forthcoming holidays.

5    Prior to this stipulation there was a stipulation between the parties to extend time for the

6   defendant to respond to the initial complaint.  The stipulation was filed on September 17, 2007

7   and allowed defendant until October 18, 2007 to respond to the initial complaint.  On November

8   13, 2007 the parties stipulated and court ordered to allow the plaintiff leave to amend the initial

9   complaint.

10    The stipulated time modification will have no other effects on the scheduling of this case.

11   DATED:  November 16, 2007                SEVERSON & WERSON
                                             A Professional Corporation
12
                                             By: _____/S/_____
13                                                        Sunny S. Huo

14                                           Attorneys for Defendant
                                             HOMECOMINGS FINANCIAL LLC
15

16
     DATED:  November 16, 2007                LAW OFFICE OF ARI BROWN
17
                                             By: _____/S/_____
18                                                        Ari Y. Brown

19                                           Attorney for Plaintiff
                                             LAURA THOMPSON
20

21   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this efiled document.
22

23
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
     DATED:                                   _____
25                                            Phyllis J. Hamilton
                                             United States District Court Judge
26

27

28