UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, etc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOMECOMINGS FINANCIAL, LLC,<br><br>　　　　Defendants. | Case No.:  C 07 4046 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) AND TO STRIKE PURSUANT TO F.R.C.P. 12(F) PORTIONS OF THE FIRST AMENDED COMPLAINT**<br><br>Hearing Date:　January 9, 2008<br>Time:　　　　　9:00 a.m.<br>Courtroom:　　3<br>Judge:　　　　Hon. Phyllis J. Hamilton<br>Complaint Date:　August 7, 2007<br>Trial Date:　　Not Set |

　　　This Motion of Defendant HOMECOMINGS FINANCIAL, LLC, (hereafter, "Defendant"), seeking dismissal pursuant to FRCP 12(b)(6) and to strike portions of the first amended complaint pursuant to FRCP 12(f), having been duly noticed and served on all interested parties, came on regularly for hearing before this Court, the Honorable Phyllis J. Hamilton presiding, at 9:00 a.m. on January 9, 2008.

　　　All arguments, papers and evidence considered and good cause appearing, Defendant's Motion to Dismiss and to Strike portions of the first amended complaint is GRANTED as follows:

- 2 -

1. Pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the second cause of action of plaintiffs' first amended complaint on the grounds that

    a. The California Consumers Legal Remedies Act (Civ. Code, §1750 et seq.) does not apply to transactions, such as those alleged in the complaint, involving only the extension of credit; and

    b. Plaintiff has not alleged facts showing a violation of the Consumers Legal Remedies Act's specific prohibitions.

2. Pursuant to Fed. R. Civ. P. 12(f) to strike paragraphs 1 and 4 of the first amended complaint's prayer. Those paragraphs seek compensatory, statutory, and punitive damages, relief that is not available under California Business and Professions Code § 17200 et seq. or §17500 et seq., and which plaintiff cannot recover under the Consumers Legal Remedies Act for the reasons mentioned in the accompanying motion to dismiss.

IT IS SO ORDERED.

DATED: _____    _____

                                                       Phyllis J. Hamilton
                                                       United States District Court Judge