1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  HOMECOMINGS FINANCIAL LLC

9
                    UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA - OAKLAND
11

12 | LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,, | Case No.:  C 07-4046 PJH
13 | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DATE AND SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**
   | Plaintiff, |
14 | |
   | vs. |
15 | | 
   | HOMECOMINGS FINANCIAL LLC, a foreign corporation,, |
16 | | Dept.:            3
   | | Judge:           Hon. Phyllis J. Hamilton
17 | Debtors. | Complaint Date: August 7, 2007
   | | Trial Date:       Not Set
18

19

20        Pursuant to Local Rules 6-1(a), 6-1(b), and 7-12, the parties, by and through their

21 respective counsel, hereby stipulate to the following deadline for Defendant Homecomings

22 Financial to file its responsive motion to plaintiff's First Amended Complaint and to the

23 following briefing schedule with respect to said motion:

24        1.   Defendant to file Motion to Strike and Dismiss:    November 16, 2007

25        2.   Plaintiff to file Opposition to motion:            December 12, 2007

26        3.   Defendant to file Reply in support of motion:      December 19, 2007

27        4.   Hearing date requested for motion:                 January 9, 2008

28
                                              - 1 -
   07955/0024/648750.1                       STIPULATION TO CHANGE BRIEFING SCHEDULE
                                                              Case No.:  C 07-4046 PJH

1    The above stipulated changes to the briefing schedule do not shorten any one party's time period to file as provided under the Federal Rules of Civil Procedure. The parties' respective counsel met and conferred to stipulate to the above schedule to insure that filing dates would not interfere with the forthcoming holidays.

Prior to this stipulation there was a stipulation between the parties to extend time for the defendant to respond to the initial complaint. The stipulation was filed on September 17, 2007 and allowed defendant until October 18, 2007 to respond to the initial complaint. On November 13, 2007 the parties stipulated and court ordered to allow the plaintiff leave to amend the initial complaint.

The stipulated time modification will have no other effects on the scheduling of this case.

DATED: November 16, 2007         SEVERSON & WERSON
                                 A Professional Corporation

                                 By:         /S/
                                           Sunny S. Huo

                                 Attorneys for Defendant
                                 HOMECOMINGS FINANCIAL LLC


DATED: November 16, 2007         LAW OFFICE OF ARI BROWN

                                 By:         /S/
                                           Ari Y. Brown

                                 Attorney for Plaintiff
                                 LAURA THOMPSON

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/21/07
                                 Phyllis J. Hamilton
                                 United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

07955/0024/648750.1                          STIPULATION TO CHANGE BRIEFING SCHEDULE
                                                         Case No.: C 07-4046 PJH