UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: December 6, 2007                          JUDGE: Phyllis J. Hamilton

Case No: C-07-4046 PJH

Case Name: Laura Thompson v. Homecomings Financial LLC

Attorney(s) for Plaintiff:      John W. Phillips; Ari Brown; Carter M. Zinn
Attorney(s) for Defendant:      Sunny S. Huo

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

PROCEEDINGS

   Initial Case Management Conference-Held. Plaintiff shall file class certification motion by 5/7/08; opposition to be filed by 5/28/08; reply to be filed by 6/18/08 with the hearing to be noticed for 7/9/08 at 9:00 a.m. The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for Mediation to be completed before 5/1/08**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 11/17/08**
**Expert disclosure: 8/18/08**
**Expert discovery cutoff: 11/17/08**
**Motions heard by: 12/10/08**
**Pretrial Conference: 4/16/09**
**Trial: 5/11/09 at 8:30 a.m., for 8 days, by [x] Jury [] Court**

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc:** file; ADR