# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Thompson,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Homecomings Financial LLC,<br><br>            Defendant(s). | 07-04046 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **J. Daniel Sharp**
> Folger Levin & Kahn
> 275 Battery St., 23rd Fl.
> San Francisco, CA 94111
> 415-365-7372

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04046 PJH MED                                          - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

3

4 Dated: December 12, 2007

```
                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel


                                        ─────────────────────────────
                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04046 PJH MED                      - 2 -