1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  HOMECOMINGS FINANCIAL LLC

9
                           UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA - OAKLAND
11

12 | LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,, | Case No.:  C 07-4046 PJH
13 | | 
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING**
14 | | **DATE FOR DEFENDANT'S MOTION**
   | vs. | **TO DISMISS**
15 | |
   | HOMECOMINGS FINANCIAL LLC, a | Dept.:        3
16 | foreign corporation,, | Judge:       Hon. Phyllis J. Hamilton
   | | Complaint Date: August 7, 2007
17 | Debtors. | Trial Date:   Not Set

18

19
        Pursuant to Local Rules 6-1(a), 6-1(b), and 7-12, the parties, by and through their
20
   respective counsel, hereby stipulate to that the hearing date requested for Defendant's motion to
21
   strike and dismiss be changed from January 9, 2008 to February 13, 2008 at 9:00 a.m. in the
22
   above entitled Court.
23
        The above stipulated change to the hearing date does not shorten any one party's time
24
   period to file as provided under the Federal Rules of Civil Procedure.
25
        Prior to this stipulation there was a stipulation between the parties to extend time for the
26
   defendant to respond to the initial complaint.  The stipulation was filed on September 17, 2007
27
   and allowed defendant until October 18, 2007 to respond to the initial complaint.  On November
28

- 1 -

07955/0024/652712.1                            STIPULATION TO CHANGE HEARING DATE
                                                           Case No.:  C 07-4046 PJH

13, 2007 the parties stipulated and court ordered to allow the plaintiff leave to amend the initial complaint. Also, on November 16, 2007 the parties stipulated to a briefing schedule for the motion. All previous stipulated deadlines requested shall remain the same except that the parties request that the hearing date be changed to February 13, 2008.

      The stipulated time modification will have no other effects on the scheduling of this case. The parties request this extension of time because they are in the process of discussing a potential resolution of this action.

DATED:  December  20, 2007        SEVERSON & WERSON
                                              A Professional Corporation

                                              By:  _____/S/_____
                                                          Sunny S. Huo

                                              Attorneys for Defendant
                                              HOMECOMINGS FINANCIAL LLC

DATED:  December  20, 2007        LAW OFFICE OF ARI BROWN

                                              By:  _____/S/_____
                                                          Ari Y. Brown

                                              Attorney for Plaintiff
                                              LAURA THOMPSON

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____
                                        Phyllis J. Hamilton
                                        United States District Court Judge