```
1  Joseph J. Tabacco, Jr. (SBN 75484)
   E-mail: jtabacco@bermanesq.com
2  Nicole Lavallee (SBN 165755)
   E-mail: nlavallee@bermanesq.com
3  BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
   425 California Street, Suite 2100
4  San Francisco, California 94104
   Telephone:    415-433-3200
5  Facsimile:    415-433-6382

6  Local Counsel

7  Richard Bemporad (Admitted pro hac vice)
   E-mail: rbemporad@lowey.com
8  David C. Harrison (Admitted pro hac vice)
   E-mail: dharrison@lowey.com
9  Jeanne D'Esposito (Admitted pro hac vice)
   E-mail: jdesposito@lowey.com
10 LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
   One North Broadway
11 White Plains, New York 10601-2310
   Telephone:    914-997-0500
12 Facsimile:    914-997-0035

13 Attorneys for Movant Southern
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUMINENT MORTGAGE CAPITAL, INC., SECURITIES LITIGATION | C-07-04073 PJH  **CLASS ACTION**  [~~PROPOSED~~] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| This Document Relates To:  ALL ACTIONS | Date: November 21, 2007  Time: 9:00 a.m.  Place: Courtroom 3, 17th Floor |

[C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

After having considered the Motion of Southern Improvement Company, VSA, Inc. and Allen Dayton (collectively "Southern"), the Memorandum of Points and Authorities in Support of Southern's Motion for Appointment As Lead Plaintiff and Approval of Lead Counsel, the accompanying Declarations of David C. Harrison and Allen Dayton, and the proceedings had herein,

IT IS HEREBY ORDERED as follows:

1. The Court determines that Southern constitutes the "most adequate plaintiff" pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and appoints Southern as Lead Plaintiff in this action.

2. Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Exchange Act, has selected and retained Lowey Dannenberg Bemporad Selinger & Cohen, P.C., as counsel to represent the Class, and the Court approves said counsel as lead counsel.

IT IS SO ORDERED.

DATED: 11/21/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[C-07-04073 PJH] [PROPOSED] ORDER GRANTING SOUTHERN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1