Hon. Phyllis J. Hamilton

Carter M. Zinn (State Bar No. 205034)
LAW OFFICES CARTER M. ZINN
3450 Broderick Street, Suite 302
San Francisco, California 94123
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-mail: Carter@zinn-law.com

John Phillips (Washington State Bar No. 12185)
Phillips Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Phone: (206) 382-6163
Facsimile: (206) 382-6168
e-mail: jphillips@jphillipslaw.com

Ari Brown (Washington State Bar No. 29570)
Law Office of Ari Brown
1001 Fourth Avenue, Suite 3600
Seattle, WA 98154
Telephone: (206) 623-5890
Facsimile: (206) 623-0965
E-mail: ari@abrownlegal.com

Attorneys for Plaintiff Laura Thompson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,,<br><br>v.<br><br>HOMECOMINGS FINANCIAL LLC., a foreign corporation,<br><br>Defendant. | CLASS ACTION<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Hearing Date: February 11, 2008<br>Judge: Phyllis J. Hamilton<br>Complaint Date: August 7, 2007<br>Trial Date: Not Set |

STIPULATION AND AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

1

STIPULATION

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate and agree that the above-entitled action may be dismissed without prejudice and without cost to either party. Based on the foregoing, the parties hereby move the Court for entry of the following order incorporated herein.

AGREED ORDER

THIS MATTER, having come on before the undersigned judge of the above-entitled court, the Court having considered the stipulation of the parties above, the records and files herein, and the court being fully advised on this matter; now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims alleged herein by and between the parties are dismissed without prejudice and without cost to either party.

~~DONE IN OPEN COURT~~ this ___ day of _____, 2008

Presented By:

LAW OFFICES OF CARTER M. ZINN

*/s/ Carter Zinn*

Carter M. Zinn

STIPULATION AND AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

2

PHILLIPS LAW GROUP, PLLC

By: _____//s_____
John W. Phillips


LAW OFFICE OF Ari BROWN

By: _____//s_____
Ari Y. Brown

Attorneys for Plaintiffs

Approved as to Form;
Approved for Entry


SEVERSON & WERSON

By: _____//s_____
Sunny S. Huo
Attorneys for Defendant

2/11/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE